125 P.3d 1060

# SUPREME COURT OF HAWAI'I

**December 19, 2005**

| 26215 | Geiger v. Hawai'i County Planning Com'n | Affirmed |

**December 20, 2005**

| 25374 | State v. Dunse | Affirmed |

**January 6, 2006**

| 26023 | Helen Hobron Jones Trust, In re | Affirmed |

**January 20, 2006**

| 26139 | Meyer v. McGee | Affirmed |